Opinion issued March 8, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00120-CV

———————————

IN RE JOHN-BAPTIST SEKUMADEAND SEKUMADE-OSIME PLLC, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

By petition
for writ of mandamus, relators John-Baptist Sekumade and Sekumade-Osime PLLC complain
that the trial judge abused her discretion by ordering them to pay monetary
sanction and holding them in contempt. We deny the petition for writ of
mandamus. 

Per Curiam

 

Panel
consists of Chief Justice Radack and Justices Higley and Brown.











[1]           Relator identifies the underlying
case as Erik Davis v. The Sekumade Law
Firm and John-Baptist Sekumade, Cause No. 2011-16071 in the 295th District
Court of Harris County, Texas, the Honorable Caroline Baker presiding.